**Order entered January 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01636-CV

### CURBED.COM, LLC AND SARAH FIRSHEIN, Appellants

### V.

### DR. RICHARD MALOUF AND LEANNE MALOUF, Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-12-06268-C**

## ORDER

On our own motion, we **ORDER** the clerk to prepare a supplemental clerk's record in the above-referenced case, trial court case number CC-12-06268-C (County Court at Law No. 3 of Dallas County, Texas) containing Plaintiffs' Third Amended Petition and Request for Disclosure filed on or about September 27, 2013, and the Order Denying Defendants Curbed.com, LLC and Sarah Firshein's Anti-SLAPP Motion to Dismiss Under Texas Civil Practice & Remedies Code § 27.001 *et seq*. signed on or about November 4, 2013. The clerk shall file the supplemental clerk's record **within 21 days** from the date of this Order.

We **DIRECT** the clerk of this Court to send copies of this order, by electronic transmission, to John Warren, Dallas County Clerk, and counsel for all parties.

/s/      ROBERT M. FILLMORE
PRESIDING JUSTICE